# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0165.  JIMMY MCVAY v. THE STATE.**

In October 2004, Jimmy McVay received a 15-year sentence after he pled guilty to criminal attempt to manufacture methamphetamine.  Pursuant to the terms of his sentence, he was released on probation after serving three years in prison.  In July 2010, his probation was revoked.  He filed a "Motion to Obtain a Sentence Reduction . . ." and a "Motion to Vacate Sentence as Void," both of which challenged the revocation of his probation.  The trial court denied the motions, and McVay filed this direct appeal.

Because the underlying subject matter of McVay's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*